HAMILTON TOWNSHIP SUPPLEMENTAL TEACHERS ASSN.
v. HAMILTON TOWNSHIP BOARD OF EDUCATION.

November 17, 1981.

Petition for certification granted.   (See 180 *N.J.Super.* 321)


JOHN SHAPIRO v. THE MIDDLETOWN TOWNSHIP
COMMITTEE.

November 17, 1981.

Petition for certification denied.


STATE OF NEW JERSEY v. CHARLES NIEBERGALL.

November 17, 1981.

Petition for certification denied.


STATE OF NEW JERSEY v. CHRISTINE ADAMS.

November 17, 1981.

Petition for certification denied.